

S T A T E   O F   M I C H I G A N

SUPREME COURT

144191 (4)

FRANK J. LAWRENCE, JR.,
          Plaintiff,

V

MICHIGAN BOARD OF LAW EXAMINERS
          Defendant.
_____

STATEMENT OF ZAHRA, J., REGARDING MOTION FOR DISQUALIFICATION

December 12, 2011

ZAHRA, J.  Plaintiff has filed an original action pursuant to MCR 7.304 asking this Court to implement superintending control power over the Board of Law Examiners. Plaintiff's complaint seeks review of the Board of Law Examiners' 2010 decision denying plaintiff's application for admission to the State Bar of Michigan.  Because I was a member of the Board of Law Examiners and participated in the decision making process that is the subject of plaintiff's complaint, I conclude that it is appropriate to disqualify myself.  Therefore, I recuse myself from the consideration of this matter.